UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRENCE K. SUMPTER, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-717** |
| **WILLIAM B. HUNGERFORD, ET AL.** | **SECTION I** |

## ORDER

Considering the *ex parte* motion[1] for preliminary injunction and appointment of a

temporary receiver,

**IT IS ORDERED** that the *ex parte* motion for preliminary injunction is **DISMISSED**

**WITHOUT PREJUDICE** as this Court may issue a preliminary injunction only on notice to the

adverse party. *See* Fed. R. Civ. P. 65(a)(1). *See also Consolidation Coal Co. v. Disabled Miners*

*of S.W. Va.*, 442 F.2d 1261, 1269 (4th Cir. 1971) (holding that issuance of an *ex parte*

preliminary injunction is "manifestly error, because Rule 65(a)(1) is explicit that 'no preliminary

injunction shall be issued without notice to the adverse party . . . .' "; 11A Charles Alan Wright,

Et Al., *Federal Practice and Procedure*, § 2949 (2d ed. 2011).

**IT IS FURTHER ORDERED** that the motion[2] for appointment of a temporary receiver

is **DISMISSED AS PREMATURE**.

**IT IS FURTHER ORDERED** that the motion[3] to expedite hearing on the above

motions is **DISMISSED AS MOOT**.

---

[1] R. Doc. No. 2.
[2] R. Doc. No. 2.
[3] R. Doc. No. 3.

**IT IS FURTHER ORDERED** that the motion[4] to expedite discovery is **REFERRED** to U.S. Magistrate Judge Alma L. Chasez.

New Orleans, Louisiana, March 16, 2012.

_____

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[4] R. Doc. No. 4.