UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERENCE K. SUMPTER, et al | CIVIL ACTION |
| VERSUS | NO. 12-717 |
| WILLIAM B. HUNGERFORD, JR., et al | SECTION "E" (5) |

J U D G M E N T

Considering the written Order and Reasons of the Court (R. Doc 204), accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants William B. Hungerford, Jr., Timothy O. Milbrath, 3200 Burgundy Street, LLC, Ballard Outreach, L.L.C., Bay-Algiers-JV, LLC, Bay-Bourbon-Ritas, LLC, Bay-Canal PJ, LLC, Bay-NOLA-Hospitality, LLC, Bay-NOLA-Management, LLC, Bay-NOLA-Ventues-MD, LLC, Bay-One-Captial, LLC, Bay-PJS, LLC, Bay-Tulane PJS, LLC, Bay-Wow Franchise 2, LLC, Bay-Wow, LLC, Bywater Holdings, LLC, Eleanor Holdings, LLC, Maurepas Foods, LLC, Noble-Franchise 1&3, LLC, Noble-Lodging Partners, LLC, Noble Lending Holdings, LLC, Nobleoutreach-NOLA, LLC, Nobleoutreach, Ltd., LLC, Noble-Employees, LLC, Noblereach-NOLA, LLC, NOP, LLC, Rita's Fajitas NOLA, LLC, Rita's Tequila Bar NOLA, LLC, Timone, LLC, VP Nola 2, LLC, VP NOLA 2-Wow, LLC, VP Nola Land 2, LLC, Nobleoutreach Original Principals, LLC, NobleOutReach, LLC, Bay-NOLA Ventures, MD, LLC, Noble-Realestate-GP, LLC, Noble_Re-Management, LLC, NobleRealEstateFund, L.P., Bartone, LLC, VP Nola, LLC, Mary Hungerford, Elizabeth R. Milbrath, and VP NOLA 1, LLC and against plaintiffs Terence K. Sumpter, Abbas Barzani, Xue Li, Chong Kee Tan, Sandra Massie, Rong Zhou, Shuhai Li, Junjie Huang, Shuangmei Ge, Seyed Abad, Atefeh Abad, Xiao Tong Zhang, Wenjie Zhan, Li Wang, Li Wei Liu, Su Fang, Tianyi Liu, Xirui Chen, Ali Fuat Cercer, Faruk Cercer,

Suat Ocal, Suheyla Ocal, Rong Ma, Ming Chen, Reem Al Nasser, Suzette P. Lopez, Yiran Deng, and Yu Lin Li, dismissing plaintiffs complaint for lack of subject matter jurisdiction.

New Orleans, Louisiana, this  16th  day of July, 2014.

                                                   SUSIE MORGAN
                                    UNITED STATES DISTRICT JUDGE